# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA



FILED IN OPEN COURT
ON 5/27/2021
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NO: 5:20-CR-526-1BO** |
| **vs.** | |
| **Shawn Allen Farmer** | **ORDER TO SURRENDER** |

The defendant in the above entitled action having been sentenced to the custody of the U. S. Bureau of Prisons and having requested in open court a postponement of the commencement of the sentence heretofore imposed, it is now **ORDERED**:

The defendant, **Shawn Allen Farmer,** surrender to the U. S. Bureau of Prisons by reporting:

_____ to the U. S. Marshal's Office, Raleigh, N.C. as directed;

_____ to the U. S. Marshal's Office by 2:00 a.m./p.m., as directed but not later than _____.

__X__ to the designated institution before 2:00 a.m./p.m., as directed but not later than 7/26/2021

_____ when otherwise notified by the Court or U. S. Marshal's Service to report.

As a condition of the defendant's release, the defendant shall continue to report to the U.S. Probation Office in the manner and at such times as directed.

6-27-21
DATE

_Terence Boyle_
**TERRENCE W. BOYLE**
US District Judge

**ACKNOWLEDGMENT:** I acknowledge receipt of a copy of the foregoing Order and agree to report as directed therein. I understand that if I fail to do so, I may be cited for Contempt of Court and if convicted of Contempt may be punished by imprisonment or fine or both in addition to the sentence already imposed in my case.

_____
**DEFENDANT**

WITNESS BY:

_____
**DEFENDANT'S ATTORNEY**