# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED
JAN 19 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| United States of America | ) |
|---|---|
| v. | ) |
| Shawn Allen Farmer | ) Case No. 5:20CR00526-1BO |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

RECEIVED
JAN 12 2022
U.S. Marshals Service, EDNC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Shawn Allen Farmer__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Pretrial release violations.

Peter A. Moore, Jr., Clerk of Court
Date: __01/12/2022__

_/s/ Linda D._
Issuing officer

City and state: __Raleigh, NC__

Linda Downing, Deputy Clerk
Printed name and title

---

### Return

This warrant was received on *(date)* __1/12/22__, and the person was arrested on *(date)* __1/19/22__
at *(city and state)* __Raleigh, NC__.

Date: __1/19/22__

__Brian Rodrigues (on Behalf)__
Arresting officer's signature

__Brian Rodrigues__
Printed name and title